E. Richard Hartmire,
2828 Cochran St, Suite 350
Simi Valley, CA 93065
800.516.1156

**Attorney for Debtor(s)**

**United States Bankruptcy Court of Southern District of California**

In Re: Charles Antrim

Bankruptcy No: 14-01757-CL13
Hearing Date: 5/2/2014
Hearing Time: 10:00 am
Hearing Dept:

## PRE-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN

Chapter 13 Plan Modification Dated: 5/2/14

The ~~confirmed~~ Chapter 13 Plan dated 3/7/14, shall be modified as follows:

☑ Plan payment Debtor pays to the Trustee is increase to $ 2,000

☐ The dividend paid to unsecured creditors in Plan Paragraph 13 is increased to _____ %.

☐ The prorata share paid to unsecured creditor in Plan Paragraph 13 is increased to _____ ; Debtor acknowledges his/her/their obligation pursuant to Local Bankruptcy Rule 3007-1(b) to file an objection to any and all late-filed unsecured Proofs of Claims.

☐ The allowed secured claim of _____ in Plan Paragraph _____ shall be Paid _____% annual percentage rate of interest.

☑ The filed and allowed unsecured claims shall be paid 4 % annual percentage rate of interest.

☑ Debtor(s) will not sell their real estate without first seeking Trustee or Court approval.

☑ ~~Attempt~~ Address of debtors employer Hewlett Packard, 3000 Hanover st, mailstop 1514, Palo Alto, CA 94304

☐ The Debtor(s) agrees not to change their Federal or State tax withholding during the first three years of the Chapter 13 plan commencing _____, without advance written notice to the Chapter 13 Trustee. Any notice to the Chapter 13 Trustee shall include a copy of this modification. The Debtor(s) agrees to deposit any Federal or State tax refund into their bank account and to forward the same amount within 10 days of receipt to the Chapter 13 Trustee. This payment shall be accompanied by a fully executed copy of their Federal and State tax returns.

**Except as hereinabove amended, the above referenced Plan shall remain in full force and effect. This amendment is not effective unless signed by the Chapter 13 Trustee/Trustee's Attorney.**

Acknowledged and Agreed:

X /s/ Charles Antrim
**Debtor(s) or Debtor(s) Attorney**
*(By signing, attorney represent he/she is authorized to sign on behalf of client)*

Dated: 5/2/2014

X /s/
**Chapter 13 Trustee/Trustee's Attorney**

Dated: 5/9/14

[Revised 9/10]